### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAMS FEGGINS | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-3997-JMY |
| WATSON & ALLARD, PC | : | |
| | : | |
| | : | |

### ORDER

**AND NOW**, this ___12th___ day of __January__, 2021, it having been reported that the issues between the parties in the above action have been settled (*see* ECF No. 22), and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                                       **BY THE COURT:**

                                                       /s/ John Milton Younge
                                                       **JUDGE JOHN MILTON YOUNGE**